UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-1171-AG (JEM) | Date | August 29, 2013 |
| Title | Nga Nhu Chau Living Trust v. The County of Orange, et al | | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Anthony | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER GRANTING PLAINTIFF'S "PRAYER TO TERMINATE ACTION AGAINST ALL DEFENDANTS" (Document #8)**

On August 21, 2013, Plaintiff filed a "Prayer to Terminate Action Against All Defendants" pursuant to Fed. R. Civ. P. 41 ("Motion").

The Court finds that the Motion was filed before the opposing party served either an answer or a motion for summary judgment. Accordingly, pursuant to Fed. R. Civ. P. 41(b), the Motion is GRANTED, and this action is DISMISSED.

cc:   Parties

| | : | |
|---|---|---|
| | Initials of Deputy Clerk | sa |